Date: 08/04/11                                                                                                                Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 11-10177 - COLE, PAMELA LYNN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Tower Loans, Inc<br>707 Frisco Avenue<br>Clinton OK 73601 | 000002 | 561.35 | 1.15 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | 000006 | 591.13 | 1.21 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | 000007 | 587.64 | 1.19 |
| ---------- Remittance Total --------------- | | 1,740.12 | 3.55 |

*[signature]*

SUSAN MANCHESTER, Trustee